BRYAN SCHWARTZ LAW, P.C.
Bryan Schwartz (SBN 209903)
Sam Goity (SBN 359678)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel. (510) 444-9300
Fax (510) 444-9301
bryan@bryanschwartzlaw.com
sam@bryanschwartzlaw.com


DEMOCRACY FORWARD FOUNDATION
Sarah Goetz (appearing *pro hac vice*)
Ayesha Khan (appearing *pro hac vice*)
Elena Goldstein (appearing *pro hac vice*)
P.O. Box 34553
Washington, D.C. 20043
Tel. (202) 448-9090
sgoetz@democracyforward.org
akhan@democracyforward.org
egoldstein@democracyforward.org

AMERICANS UNITED FOR SEPARATION
OF CHURCH & STATE
Rebecca S. Markert (appearing *pro hac vice*)
Amy Tai (appearing *pro hac vice*)
Jenny Samuels (appearing *pro hac vice*)
Elias Daiute (appearing *pro hac vice*)
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel. (202) 466-3234
markert@au.org
tai@au.org
samuels@au.org
daiute@au.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al., | Case No. 3:26-cv-04406-LB |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF ADAM DIAMOND PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, and | |
| BROOKE L. ROLLINS, Secretary of Agriculture, in her official capacity, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Adam Diamond and his counsel hereby give notice that Plaintiff Adam Diamond's claims in the above-captioned action against Defendants United States Department of Agriculture and Brooke L. Rollins, in her official capacity, are voluntarily dismissed without prejudice. This Notice pertains only to Plaintiff Adam Diamond's claims and does not affect the claims brought by the other plaintiffs in the above-captioned action.

Dated: May 19, 2026

*/s/ Bryan Schwartz*

Bryan Schwartz (SBN 209903)
Sam Goity (SBN 359678)
BRYAN SCHWARTZ LAW, P.C.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel. (510) 444-9300
Fax (510) 444-9301
bryan@bryanschwartzlaw.com
sam@bryanschwartzlaw.com

Rebecca S. Markert+ (appearing *pro hac vice*)
Amy Tai^ (appearing *pro hac vice*)
Jenny Samuels (appearing *pro hac vice*)
Elias Daiute (appearing *pro hac vice*)
AMERICANS UNITED FOR SEPARATION OF CHURCH & STATE
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel. (202) 466-3234
markert@au.org
tai@au.org
samuels@au.org
daiute@au.org

Sarah Goetz (appearing *pro hac vice*)
Ayesha Khan (appearing *pro hac vice*)
Elena Goldstein (appearing *pro hac vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel. (202) 448-9090
sgoetz@democracyforward.org
akhan@democracyforward.org

- 1 -

egoldstein@democracyforward.org

+Admitted to practice in Wisconsin; not a member of the D.C. bar.
^Admitted to practice in New York; not a member of the D.C. bar.

*Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY DISMISSAL AS TO PLTF ADAM DIAMOND
CASE NO. 3:26-CV-04406-LB