# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al., | Case No. 3:26-cv-04406-LB |
| Plaintiffs, | **DECLARATION OF ANNE POOPATANAPONG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

I, Anne Poopatanapong, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a Plaintiff in the above-captioned matter.

2.    I have been an employee of the U.S. Department of Agriculture ("USDA") for over twenty-five years. I work for the U.S. Forest Service.

3.    As a USDA employee, the top of my chain of command is Secretary of Agriculture Brooke Rollins (the "Secretary"). She has the authority to make agency-wide decisions that may impact my career and livelihood, including firing or demoting me.

4.    I receive regular emails from the Office of the Secretary that typically contain important information about USDA policies or changes.

5.    From the same email address used by the Office of the Secretary, the Secretary sends religious messages promoting Christianity to USDA employees, including myself.

6.    I feel compelled to read communications from the Secretary because they are from leadership and may contain important information about major changes in the agency or include other information that could impact me, including whether the Secretary is offering early dismissal for employees on a holiday.

7.    The Secretary has sent messages promoting Christianity on Memorial Day,

- 1 -

DECL. OF ANNE POOPATANAPONG ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Independence Day, and Thanksgiving. The emails with the most religious content, however, have been on Christian holidays: Christmas and Easter.

8. Notably, the Secretary has not sent out any emails celebrating or acknowledging other non-Christian holidays, such as Hanukkah, Passover, Diwali, and Eid.

9. During nearly three decades as a federal public servant, I have received emails from prior secretaries acknowledging or commemorating some holidays. However, these messages were not proselytizing and did not promote Christianity at the exclusion of others. They typically expressed well wishes for those who celebrate. Up until Secretary Rollins's leadership, I had never received emails from prior secretaries (under multiple political administrations) with such overtly religious language pressuring me to share in the Secretary's religious beliefs.

10. The Secretary's messages espousing Christian beliefs convey to me that USDA is a Christian agency with Christian values and that one has to be Christian to be part of the inner circle.

11. The Secretary's favoritism towards Christians and her use of "we," "our," and "us" in her proselytizing emails is marginalizing to me, as a Buddhist who does not subscribe to the Secretary's beliefs.

12. I experience the Secretary's proselytization as pressure to strip away my identity and individuality—I either have to hide who I am or risk losing a job to which I am deeply committed. For example, prior to the Secretary's religious messages, I may have shared that I celebrate a Buddhist holiday that occurs around Easter, but I no longer feel safe to share information that would reveal that I do not share the Secretary's Christian beliefs.

13. Given the Secretary's pattern of imposing her Christian beliefs on all USDA employees, particularly her email sermonizing about Jesus's resurrection on Easter, and what she has said publicly about this lawsuit—that USDA has us plaintiffs in its prayers and that the lawsuit is "just another opportunity to remind everyone: He is Risen"—I fear that the Secretary will send another proselytizing email to my USDA colleagues and me for Christmas, further exacerbating the pressure I feel to conform and hide my own beliefs.

DECL. OF ANNE POOPATANAPONG ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026.

Anne Poopatanapong

DECL. OF ANNE POOPATANAPONG ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION