# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

    Defendants.

Case No. 3:26-cv-04406-LB

**DECLARATION OF ASHLEY MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Ashley Miller, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Plaintiff in the above-captioned matter.

2. I have been an employee of the U.S. Department of Agriculture ("USDA") for nine years. I currently work for the U.S. Forest Service.

3. As a USDA employee, the top of my chain of command is Secretary of Agriculture Brooke Rollins (the "Secretary"). She has the authority to make agency-wide decisions that may impact my career and livelihood, including firing or demoting me.

4. I receive regular emails from the Office of the Secretary that typically contain important information about USDA policies or changes. During the 18 months since President Trump's inauguration, the Office of the Secretary has sent out just under 30 emails to all USDA employees. These emails include messages about restructuring the agency that would require employees to relocate, significant changes in USDA's civil rights program, closure of a USDA building, planning for a government shutdown, and the Deferred Resignation Program, which offered many USDA employees an exit from federal service.

5. Secretary Rollins's emails also include messages promoting Christianity, quoting biblical scripture, and preaching about Jesus. Attached are true and correct copies of these emails I received in my USDA official email account, from Officeof.theSecretary@usda.gov, identified as

Exhibit A (Independence Day, July 4, 2025), Exhibit B (Thanksgiving, Nov. 26, 2025), Exhibit C (Christmas, Dec. 23, 2025), Exhibit D (Easter, April 5, 2026), Exhibit E (Memorial Day, May 25, 2026), and Exhibit F (Independence Day, July 4, 2026).

6. The Christmas email from December 23, 2025 included a video message from the Secretary. In that message, she preached that "[t]he spirit of generosity flows from the very first Christmas when God gave us the greatest gift possible, the gift of his Son and our Savior Jesus Christ, who came to free us from our sins and open the door to eternal life. This is the reason for the season. . . ."

7. Notably, the Secretary has not sent out any emails celebrating or acknowledging other non-Christian holidays, such as Hanukkah, Passover, Diwali, and Eid.

8. During the nearly a decade that I have worked at USDA, I have received emails from prior secretaries acknowledging or commemorating some holidays. However, these messages were not proselytizing and did not promote Christianity in the same manner, and at the exclusion of others. They typically expressed well wishes for those who celebrate. Up until Secretary Rollins's leadership, I had never received emails from prior secretaries (under multiple political administrations) with such overtly religious language pressuring me to share in the Secretary's religious beliefs.

9. As a USDA employee, I am expected to read communications from the Secretary and feel compelled to read the Secretary's emails. Emails from the Office of the Secretary may contain information about agency leadership goals, programs, or other information that I need to know to carry out my job duties. In addition, I work in public affairs for the agency and need to stay informed about the administration's goals and policies to ensure that the U.S. Forest Service's communications to the public are aligned with the administration.

10. I feel that Secretary Rollins's pattern of religious communications is turning USDA's mission to serve the American people into a mission to serve Christ.

11. The Secretary's proselytizing messages, which use phrases like "our," "we," and "us," convey that USDA expects everyone to share the Secretary's Christian beliefs, and make all federal employees sound like missionaries.

12. This is deeply disturbing to me because I took an oath to uphold the U.S. Constitution

- 2 -

and to serve the American people, regardless of their religious beliefs; yet the Secretary is characterizing my public service commitment as subservient to the Secretary's particular brand of Christianity or that my work for the agency is for God.

13.     As a member of the LGBTQ community, I already feel targeted. The Secretary's proselytization causes me to feel further excluded, unwelcome, and silenced at the agency.

14.     As a Humanist and an atheist, I feel that the Secretary's evangelizing is compelling me to further hide who I am and pressuring me to act as if I share the Secretary's beliefs.

15.     Given the Secretary's pattern of imposing her Christian beliefs on all USDA employees, particularly on Christian holidays (Christmas and Easter), and what she has said publicly about this lawsuit—that USDA has us plaintiffs in its prayers and that the lawsuit is "just another opportunity to remind everyone: He is Risen"—I fear that the Secretary will send another proselytizing email to my USDA colleagues and me for Christmas, further exacerbating the pressure I feel to hide my own beliefs and act as if I share the Secretary's beliefs.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026.

Ashley Miller

DECL. OF ASHLEY MILLER ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT A

**From:**        The Office of the Secretary - OSEC
**Subject:**     Happy Independence Day!
**Date:**        Thursday, July 3, 2025 2:15:03 PM
**Attachments:** image008.png



Two hundred forty-nine years ago, the Second Continental Congress declared independence from Britain and confirmed for posterity "that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are Life, Liberty and the pursuit of Happiness."

At the People's Department, our work is focused on the backbone of our nation: the farmers and ranchers who feed, fuel, and clothe America and the world. The liberty we enjoy as citizens also bears obligations: to our families, our communities, and our nation. These are the obligations America's farmers have cherished and upheld for centuries. Because of their labor and the bounty of their land, the independence of our nation has been secure for centuries and will remain secure for centuries to come.

I hope you and your family enjoy a restful Fourth of July holiday. May God continue to protect the United States of America and may His favor shine over all her land.



# EXHIBIT B

**From:** The Office of the Secretary - OSEC
**Cc:** USDAGCC-ALL; USDA.NOTIFY@OIG.USDA.GOV; oig-all@usda.gov
**Subject:** Happy Thanksgiving from Secretary Rollins
**Date:** Wednesday, November 26, 2025 12:03:16 PM
**Attachments:** image002.png



Team USDA,

As we gather with family and friends this Thanksgiving, my heart is filled with gratitude for your tireless commitment to the mission of our department.

The story of the first Thanksgiving in 1621 tells of two peoples, coming together in Plymouth, Massachusetts after a season of hardship, survival, and an abundant harvest. Despite their differences, gratitude towards a loving God and the fruits of agriculture brought them together.

Today, centuries later, agriculture still forms the backbone of our daily lives. From the farmers who rise before the sun to the ranchers who work in all seasons, from the fields that nourish us to the hands that harvest, we are surrounded by the quiet, steady miracle of provision.

Too often, we pass through life without pausing to acknowledge these blessings — the food on our tables, the safety of home, the people we love, the nation to which we belong. Yet Thanksgiving invites us to slow down and recognize the grace woven into the ordinary.

Gratitude grounds us. It steadies us. And it opens our eyes to the hope still unfolding before us.

This Thanksgiving, I am deeply grateful — for the land that sustains us, for the people who nurture it, for the blessings of the present moment, and for the promise of tomorrow. May

your day be filled with peace, warmth, and the hope that gratitude brings.

Happy Thanksgiving!

Brooke L. Rollins
U.S. Secretary of Agriculture

# EXHIBIT C

**From:**        The Office of the Secretary - OSEC
**Subject:**     Merry Christmas from Secretary Rollins
**Date:**        Tuesday, December 23, 2025 6:19:52 PM
**Attachments:** image005.png

## For All USDA Employees





**Click** image to play a Christmas message from
U.S. Secretary of Agriculture Brooke L. Rollins



# EXHIBIT D

**From:** The Office of the Secretary - OSEC
**Subject:** Happy Easter!
**Date:** Sunday, April 5, 2026 10:20:50 AM
**Attachments:** image003.png

## For All USDA Employees



Team USDA,

Happy Easter – He is Risen indeed!

Today we celebrate the greatest story ever told, the foundation of our faith, and the abiding hope of all mankind.

From the foot of the Cross on Good Friday to the stone rolled away from the now empty tomb, sin has been destroyed. Jesus has been raised from the dead. And God has granted each of us victory and new life. And where there is life — risen life—there is hope.

No matter the very real trials and hardships we face, fear and sin and death do not get the last word. Because on Easter morning, "Hell took a body, and discovered God. It took earth, and encountered Heaven. It took what it saw, and was overcome by what it did not see." Now that is reason to rejoice!

And so like the very first disciples to encounter our risen Lord in the Upper Room almost two thousand years ago, this Easter let us too be alive with hope, full of Paschal joy, and confident in the mission each of us has been called for.

Please know how amazed and grateful I am for the hard work each of you do to support our shared mission here at USDA. I hope you and your loved ones have a truly blessed and happy Easter. May God continue to bless you, your families, and our exceptional country, One Nation, Under God.

Sincerely,

Brooke L. Rollins
U.S. Secretary of Agriculture



# EXHIBIT E

**From:**       The Office of the Secretary - OSEC
**Subject:**    Memorial Day Message to USDA Employees
**Date:**       Monday, May 25, 2026 8:34:00 AM
**Attachments:** image.png
                image.png
                image.png



Team USDA,

Today we come together as Americans to pause, reflect, and pay tribute to the fallen heroes throughout our history who made the ultimate sacrifice to defend our liberty, our nation, and our security.

Memorial Day began in 1868 as a way for communities to commemorate their honored dead from the Civil War, and today it serves as a solemn reminder of the high cost of our freedom.

We know that there is no greater love than to lay one's life down for another. As we prepare to celebrate 250 years of America's independence, Memorial Day is the perfect opportunity to reflect on the legacy of those who demonstrated the greatest love of all by giving their lives so that our nation — and everything we hold dear —would persevere.

Every generation has called on Americans to serve, to sacrifice, and to safeguard liberty. Many of those patriots came from our rural communities and small towns across the prairies. Some of the first to fall in our struggle for independence at the Battle of Bunker Hill were none other than citizen farmers.

From Bunker Hill to Bull Run, from the beaches of Normandy to the sands of Fallujah, the men and women we honor today form links in an unbroken chain that stretches back to our nation's founding.

Today, we remember and pray for the families who have received a folded flag and lost a loved one in service of our nation. While we can never repay them for their sacrifice, today we renew our resolve to honor the lives of all those who died fighting for freedom by the manner in which we live our own.

The heroes we honor today never returned home. Yet, we can take comfort that they are safely at rest by trusting in the words of Almighty God: "I give unto them eternal life, that they shall never perish." -John 10:28

Brooke L. Rollins
U.S. Secretary of Agriculture



# EXHIBIT F

**From:**        The Office of the Secretary - OSEC
**Subject:**     Happy Independence Day!
**Date:**        Saturday, July 4, 2026 8:02:59 AM
**Attachments:** image003.png
                 image001.png
                 image002.png



Team USDA,

Happy Independence Day! Today we celebrate the miracle of our founding and mark 250 years of freedom in the greatest republic the world has ever known.

250 years ago, 56 brave American patriots put it all on the line, pledging "their lives, fortune, and sacred honor" to the cause of liberty. Their courage set the march of freedom into motion and gave rise to the uniquely daring and defiant American spirit we still claim as our own. This same spirit is how Americans won the West, abolished slavery, liberated a continent, put a man on the moon, and conquered any challenge ever thrown our way.

These triumphs and the heroes and history we honor on July 4th remind us that we are all heirs to a glorious heritage. A heritage we should always be proud of, and one we must always work to secure for future generations, just as prior generations of Americans did for us.

On this anniversary of our independence, we also remember that it has always been our farmers, ranchers, fishermen, and rural communities who have been not only sustained us but also planted the seeds of liberty anew across each generation.

During droughts and depression, through war and peace, generations of family farmers have kept our rich American soil fertile for freedom.

Our calling is to honor this priceless inheritance by fighting for the future prosperity of American agriculture with every fiber of our being. I remain incredibly grateful to each of you for your continued commitment to carrying out our common mission here at the People's Department.

Scripture teaches us that "where the Spirit of the Lord is, there is freedom" (2 Corinthians 3:17). Freedom is a great gift from our Creator, but it is a fragile thing. This July 4th, let us recommit to its preservation by celebrating our history, remaining loyal to one another, and remaining One Nation Under God as we strive to form a more perfect Union.

The Spirit of 1776 is still alive—and the best is yet to come.

God bless America!

Brooke L. Rollins
U.S. Secretary of Agriculture

