**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No. 3:26-cv-04406-LB<br><br>**DECLARATION OF ETHAN ROBERTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Ethan Roberts, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a Plaintiff in the above-captioned matter.

2.    I have been an employee of the U.S. Department of Agriculture ("USDA") for ten years. I work for the Agricultural Research Service.

3.    As a USDA employee, the top of my chain of command is Secretary of Agriculture Brooke Rollins (the "Secretary"). She has the authority to make agency-wide decisions that may impact my career and livelihood, including firing or demoting me.

4.    I receive regular emails from the Office of the Secretary that typically contain important information about USDA policies or changes.

5.    From the same email address used by the Office of the Secretary, the Secretary sends religious messages promoting Christianity to USDA employees, including myself.

6.    I feel compelled to read communications from the Secretary because the Secretary is the head of the agency and the communications may contain important information about the agency's reorganization or other issues relevant to my job. Most recently, I received an email from Secretary Rollins on July 4, 2026 celebrating Independence Day. She preached that "[s]cripture teaches us that 'where the Spirit of the Lord is, there is freedom'" and cited "2 Corinthians 3:17, and that such

"[f]reedom is a great gift from our Creator."

7. Secretary Rollins also quoted biblical scripture in her email commemorating Memorial Day on May 25, 2026.

8. The Secretary's messages containing religious content promoting Christianity began last year with messages for Independence Day on July 4, 2025 and for Thanksgiving on November 26, 2025. The emails with the most religious content, however, have been on Christian holidays: a video message about Christmas sent on December 23, 2025 and a sermon about Easter and Jesus's resurrection sent on April 5, 2026 (the "Easter Sermon").

9. Notably, the Secretary has not sent out any emails celebrating or acknowledging other non-Christian holidays, such as Hanukkah, Passover, Diwali, and Eid.

10. During the decade that I have worked at USDA, I have received emails from prior secretaries acknowledging or commemorating some holidays. However, these messages were not proselytizing and did not promote Christianity at the exclusion of others. They typically expressed well wishes for those who celebrate. Up until Secretary Rollins's leadership, I had never received emails from prior secretaries (under multiple political administrations) with such overtly religious language pressuring me to share in the Secretary's religious beliefs.

11. The Secretary's proselytizing religious messages are alienating and make me feel isolated and excluded for not being Christian.

12. The Secretary's use of "we" and "our faith" sends the message that Christians are the "chosen ones" and part of the "inner circle" because they subscribe to the Secretary's beliefs.

13. In turn, I feel that the Secretary is conveying to me that I am unwelcome and "going to hell" because I do not share the Secretary's beliefs.

14. As an atheist, I feel silenced at work by the Secretary's religious messages and fear professional consequences for speaking about theology that does not align with the Secretary's beliefs.

15. The Secretary's proselytization also sends me the demoralizing message that my commitment and contributions to public service are irrelevant because I am not Christian.

DECL. OF ETHAN ROBERTS ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

16.    Given the Secretary's pattern of imposing her Christian beliefs on all USDA employees, particularly her Easter Sermon, and what she has said publicly about this lawsuit—that USDA has us plaintiffs in its prayers and that the lawsuit is "just another opportunity to remind everyone: He is Risen"—I fear that the Secretary will send another proselytizing email to my USDA colleagues and me for Christmas, further exacerbating the pressure I feel to conform and hide my own beliefs.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026.

*Ethan Roberts*
Ethan Roberts

DECL. OF ETHAN ROBERTS ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION