**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al., | Case No. 3:26-cv-04406-LB |
| Plaintiffs, | **DECLARATION OF JENNIFER WOLFE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | |
| Defendants. | |

I, Jennifer Wolfe, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Plaintiff in the above-captioned matter.

2.      I have been an employee of the U.S. Department of Agriculture ("USDA") for over fifteen years. I work for the U.S. Forest Service.

3.      As a USDA employee, the top of my chain of command is Secretary of Agriculture Brooke Rollins (the "Secretary"). She has the authority to make agency-wide decisions that may impact my career and livelihood, including firing or demoting me.

4.      I receive regular emails from the Office of the Secretary that typically contain important information about USDA policies or changes.

5.      From the same email address used by the Office of the Secretary, the Secretary sends religious messages promoting Christianity to USDA employees, including myself.

6.      I feel compelled to read the Secretary's emails and consider them mandatory. Communications from the Secretary are regular but infrequent and may include information about major programs or other content relevant to my job.

7.      The Secretary has sent messages promoting Christianity on Memorial Day, Independence Day, and Thanksgiving. The emails with the most religious content, however, have

- 1 -
DECL. OF JENNIFER WOLFE ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

been on Christian holidays: Christmas and Easter.

8.      Notably, the Secretary has not sent out any emails celebrating or acknowledging other non-Christian holidays, such as Hanukkah, Passover, Diwali, Eid, Yule, and Beltane.

9.      During the more than fifteen years that I have worked at USDA, I have received emails from prior secretaries acknowledging or commemorating some holidays. However, these messages were not proselytizing and did not promote Christianity at the exclusion of others. They typically expressed well wishes for those who celebrate. Up until Secretary Rollins's leadership, I had never received an email from prior secretaries (under multiple political administrations) with such overtly religious language pressuring me to share in the Secretary's religious beliefs.

10.     I feel that the Secretary's proselytization is pressuring me to pretend that I am Christian if I want to advance in my career at USDA.

11.     The Secretary's religious proselytizing conveys the message that her beliefs are superior and mine are inferior.

12.     For example, the language in the Secretary's email on Easter conveyed to me that I am un-American because I don't pray to the "right" God—the Secretary's God.

13.     Having experienced religious trauma in my youth, I no longer subscribe to the Southern Baptist faith I was raised with and object to my employer—the federal government—imposing Christianity on me.

14.     As a Pagan, I revere nature and recognize multiple deities, but the Secretary's religious messages make clear to me that I cannot be open about my religious beliefs at USDA, particularly to leadership. For example, during a conversation with my supervisor around mid-June of 2026, he mentioned that he was Catholic. I responded with something to the effect of, "I don't talk about religion," because I did not feel comfortable disclosing my own religious beliefs in light of the Secretary's messages.

15.     As a member of the LGBTQ community, I have already been made to feel by the federal government that I do not belong; now, I feel I must hide another layer of myself—my religious identity and beliefs.

- 2 -
DECL. OF JENNIFER WOLFE ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

16.    Given the Secretary's pattern of imposing her Christian beliefs on all USDA employees, particularly on Christian holidays, and what the Secretary has said publicly about this lawsuit—that USDA has us plaintiffs in its prayers and that the lawsuit is "just another opportunity to remind everyone: He is Risen"—I fear that the Secretary will send another proselytizing email to my USDA colleagues and me for Christmas, further exacerbating the pressure I feel to conform and hide my own beliefs.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026.

_Jennifer Wolfe_
Jennifer Wolfe

DECL. OF JENNIFER WOLFE ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION