# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No. 3:26-cv-04406-LB<br><br>**DECLARATION OF LANETTE DIETRICH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Lanette Dietrich, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a Plaintiff in the above-captioned matter.

2.    Prior to my retirement on May 30, 2026, I had been an employee of the United States Department of Agriculture ("USDA") for nearly forty years. I worked in the National Resources Conservation Service.

3.    During my tenure at USDA, I regularly received emails from the Office of the Secretary that typically contained important information about USDA policies or changes.

4.    From the same email address used by the Office of the Secretary, Secretary of Agriculture Brooke Rollins (the "Secretary") sent religious messages promoting Christianity to USDA employees, including myself, for Memorial Day, Independence Day, and Thanksgiving. The emails with the most religious content, however, have been on Christian holidays: Christmas and Easter.

5.    Notably, the Secretary has not sent out any emails celebrating or acknowledging other non-Christian holidays, such as Hanukkah, Passover, Diwali, and Eid.

6.    During my nearly four decades employed at USDA, I have received emails from the Office of the Secretary acknowledging or commemorating some holidays. However, these messages

were not proselytizing and did not promote Christianity at the exclusion of others. They typically expressed well wishes for those who celebrate. Up until Secretary Rollins's leadership, I had never received emails from prior secretaries (under multiple political administrations) with such overtly religious language pressuring me to share in the Secretary's religious beliefs.

7.    Upon opening and reading the Secretary's Easter 2026 communication (the "Easter Sermon"), I observed that the content functioned substantively as a sermon, directed from the Secretary to agency staff.

8.    The Secretary knows nothing of my personal faith, yet this communication dictated how I, as a subordinate employee, should interpret the Easter holiday. I interpreted the message to convey that there is only one acceptable framework of belief at USDA—the Secretary's—and that individuals who do not adhere to that specific religious dogma are not accepted at USDA.

9.    I perceived the Easter Sermon to tie professional dedication, a strong work ethic, and public service commitment to specific Christian values. This framing minimized and devalued my own professional contributions, hard work, and dedication to USDA's mission.

10.    Based on the timing and content of the communication, I interpreted the Easter Sermon as an indicator of a fundamental shift in USDA's institutional identity. Specifically, in the context of ongoing organizational restructuring within USDA, the communication signaled that its core mission is now being aligned with Christian tenets.

11.    The Secretary's proselytizing religious messages, including the Easter Sermon, gave me the distinct impression that an employee's professional standing, security, and integration within USDA, and the reorganization, are conditioned upon conforming to, and sharing in, the religious values declared by the Secretary.

12.    The Easter Sermon signaled to me that USDA's mission now is to be Christian and that to survive as part of "Team USDA," USDA employees should be Christian.

13.    As a USDA employee, I was professionally required to review all Department-wide communications from the Secretary. Because the Secretary is the head of the Department of Agriculture, these communications frequently contained critical operational directives, policy

DECL. OF LANETTE DIETRICH ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

updates, and information vital to the performance of my official duties.

14. As I had to read all the emails from the Office of the Secretary but did not want to receive any further religious communications from the Secretary, I asked my supervisor, Chad Wentz, to remove me from USDA's distribution lists used for religious and faith-based messages (but to continue receiving work-related communications). He told me that my name could not be removed from the distribution list and advised that I contact Leslie Violette, the Director of the Policy and Accountability Division at the National Resources Conservation Service, and Melinda Richards, who I understood to be a Human Resources specialist. I had a meeting by phone with Ms. Violette and another individual, who I assumed to be Ms. Richards, on April 17, 2026, to discuss my request. On the call, Ms. Violette told me that it was not possible to opt out of receiving religious communications through the distribution list. When I asked for a written determination, Ms. Violette stated that a written determination would not be provided unless the request was elevated to the Chief of National Resources Conservation Service and threatened that this would "create trouble" for me. Attached hereto as Exhibit A are my written communications with Chad Wentz, Leslie Violette, and Melinda Richards concerning the Easter Sermon and my request to opt out of receiving religious messages.

15. In my communications with the agency to request to opt out of receiving religious messages, I referenced the Secretary's Memorandum (Guidance on Federally Protected Religious Expression and Accommodation Rights) and OPM's 2025 Guidance on Religious Expression. *See* Ex. A.

16. The Secretary's proselytization and the agency's warning not to complain made clear to me, a person of faith, that I had to be very cautious about what I share, if anything, about my own beliefs at work to avoid retaliation or other negative consequences.

17. In the nearly four decades that I was at USDA, I had never felt so alienated, marginalized, and unwelcome at the agency until the past year as a result of the Secretary's emails and the agency's response to my request to stop receiving religious messages.

18. The Secretary's messages, refusal to stop sending me religious communications, and the threat that elevating the request further would be problematic for me contributed to my decision

- 3 -

DECL. OF LANETTE DIETRICH ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

to retire from the USDA.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026.

Lanette Dietrich

DECL. OF LANETTE DIETRICH ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT A

| | |
|---|---|
| **From:** | Dietrich, Lanette - FPAC-NRCS, IA |
| **To:** | Violette, Leslie - FPAC-NRCS, DC |
| **Cc:** | Richards, Melinda - FPAC-FBC, MA |
| **Subject:** | RE: Happy Easter! message |
| **Date:** | Friday, April 17, 2026 1:45:00 PM |
| **Attachments:** | sm-1078-015.pdf |
| | image001.png |
| | image002.png |
| | image004.png |

Thank you for the opportunity to meet and discuss my April 7 request.

I have attached the memorandum referenced during our conversation. I also want to correct my earlier typographical error: the document is designated as USDA Secretary's Memorandum **1078-015**, not 1078-019. Please note this correction. It is possible this contributed to your earlier statement that you had not reviewed the memorandum at issue. I understand you were traveling this week for an off-site managers' meeting, and I appreciate your taking the time to meet with me.

During our discussion, you shared your human resources background and stated that there is no mechanism to opt out of messaging distributed through the current system. You explained that you do not control the distribution list used for religious messaging, that you were not aware of any process to opt out for any reason, and that you did not believe any accommodation was available to address this request. You also noted that you had discussed the matter with my supervisor and that pursuing the request was not an option.

When I asked whether the Secretary's office is exempt from the requirements of the Memorandum, you stated that you had not read the Memorandum and were not aware of it. Because the guidance is central to the request, I expressed surprise. At that point, you raised your voice and stated that my "tone" was unacceptable. I want to note for the record that my question was intended to clarify policy applicability, and my reaction was one of surprise that the governing guidance had not been reviewed prior to a meeting convened to discuss it. Nevertheless, I apologized during the meeting for any perceived offense.

You further stated that the Secretary may "elect not to implement policy in an elective nature," which I understood to refer to OPM's 2025 Guidance on Religious Expression. When I asked how NRCS was implementing that guidance, you stated that the Secretary can elect not to implement the guidance.

I asked whether this request would be addressed through a written determination or decision. You stated that a written determination would not be provided unless the matter were elevated to the Chief's office. You also stated that providing a written response would "create trouble" for me. I noted during the meeting that I interpreted that statement as a threat.

I explained that, based on the information provided verbally and the lack of an available opt-out mechanism, my remaining option would likely be to pursue a grievance. I asked about the appropriate avenues, and you identified three:

1. The Administrative Grievance System
2. An EEO complaint
3. The Office of Special Counsel for a prohibited personnel practice

You also referenced the applicable timelines, including the 45-day requirement for EEO contact, and the type of information that would be required from me for each option.

You additionally offered that, if you were in my position, you would simply delete the religious message.

If I have mischaracterized our conversation here, please reply with any correction or additions.

Thank you again for meeting with me and for taking the time to address my April 7 request during a busy week. I appreciate the information provided.

Best regards,

Lanette Dietrich

 Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE
Office: 5153232236 | e: lanette.dietrich@usda.gov

---

**From:** Dietrich, Lanette - FPAC-NRCS, IA
**Sent:** Thursday, April 16, 2026 10:55 AM
**To:** Violette, Leslie - FPAC-NRCS, DC <leslie.violette@usda.gov>; Richards, Melinda - FPAC-FBC, MA <melinda.richards@usda.gov>
**Cc:** Wentz, Chad - FPAC-NRCS, NC <chad.wentz@usda.gov>
**Subject:** RE: Happy Easter! message

Thank you for the communication.

I am working from 6:00 am to 3:30 pm central tomorrow and am willing to be available for a short meeting.

Please offer a meeting request and I will respond.

Thank you,

Lanette Dietrich

Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE
Office: 5153232236 | e: lanette.dietrich@usda.gov

---

**From:** Violette, Leslie - FPAC-NRCS, DC <leslie.violette@usda.gov>
**Sent:** Thursday, April 16, 2026 9:11 AM
**To:** Dietrich, Lanette - FPAC-NRCS, IA <lanette.dietrich@usda.gov>; Richards, Melinda - FPAC-FBC, MA

<melinda.richards@usda.gov>
**Cc:** Wentz, Chad - FPAC-NRCS, NC <chad.wentz@usda.gov>
**Subject:** Re: Happy Easter! message

Good morning Lanette

Are you available for a short meeting tomorrow?

Leslie R. Violette
Director, Policy and Accountability Division
Management and Strategy Deputy Area
Natural Resources Conservation Service
U.S. Department of Agriculture
Email: leslie.violette@usda.gov
Phone: (202) 536-6574

Get Outlook for iOS

**From:** Dietrich, Lanette - FPAC-NRCS, IA <lanette.dietrich@usda.gov>
**Sent:** Thursday, April 16, 2026 10:08:21 AM
**To:** Violette, Leslie - FPAC-NRCS, DC <leslie.violette@usda.gov>; Richards, Melinda - FPAC-FBC, MA <melinda.richards@usda.gov>
**Cc:** Wentz, Chad - FPAC-NRCS, NC <chad.wentz@usda.gov>
**Subject:** RE: Happy Easter! message

Good morning,

I am writing to follow up on the message I sent on April 7 regarding religious content being distributed through official USDA communication channels and my request for guidance on how to opt out of such messaging while continuing to receive all work-related communications.

I understand these inquiries take time, and I appreciate the work that is on-going. I wanted to confirm that my request was received and to ask whether any additional information is needed from me to assist with your review.

Thank you again for your time and support.

Lanette Dietrich



**USDA** **Natural Resources Conservation Service**
U.S. DEPARTMENT OF AGRICULTURE

Office: 5153232236 | e: lanette.dietrich@usda.gov

**From:** Dietrich, Lanette - FPAC-NRCS, IA
**Sent:** Tuesday, April 7, 2026 1:58 PM
**To:** Violette, Leslie - FPAC-NRCS, DC <leslie.violette@usda.gov>; Richards, Melinda - FPAC-FBC, MA <melinda.richards@usda.gov>
**Subject:** FW: Happy Easter! message

Hello Leslie and Melinda,

I am reaching out for assistance regarding a policy-based request I have made to be removed from any distribution lists used for religious or faith-based messaging. My supervisor indicated that you are the appropriate contacts to help address this matter.

To reiterate, my request is grounded in federal workplace policy governing religious expression, including USDA Secretary's Memorandum 1078-019, OPM's 2025 Guidance on Religious Expression in the Federal Workplace, and EEOC Title VII guidance. I am seeking to avoid receiving religious content through government communication channels while continuing to receive all work-related communications. At this time, the distribution list in question does not appear to allow preference settings or opt-out options for non-official messaging. I am requesting your assistance in identifying any appropriate mechanism or administrative action to ensure compliance with federal policy and to prevent further receipt of religious messaging in my official capacity.

I have attached the email I submitted to **religiousfreedom@opm.gov**, requesting the same consideration. Please let me know what information you may need from me or what procedures I should follow to move this request forward. If there is no existing mechanism to address this type of request, I would appreciate guidance on how it should be handled or escalated.

Thank you for your time and support.

Lanette Dietrich

USDA Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE
Office: 5153232236 | e: lanette.dietrich@usda.gov

---

**From:** Wentz, Chad - FPAC-NRCS, NC <chad.wentz@usda.gov>
**Sent:** Tuesday, April 7, 2026 1:30 PM
**To:** Dietrich, Lanette - FPAC-NRCS, IA <lanette.dietrich@usda.gov>
**Cc:** Faulkner, Jerome - FPAC-NRCS, MD <jerome.faulkner@usda.gov>; Ireland, Kelly - FPAC-NRCS, MD kelly.ireland@usda.gov;ve
**Subject:** RE: Happy Easter! message

Hi Lanette –

I acknowledge your concerns below and want to provide you the appropriate information to your request regarding email communications and requesting to not receive religious or faith-based messages, which is why I mentioned during our meeting that I had reached out to an HR specialist to discuss possible remedies.

I mentioned the resources and contact information in the memorandums as you stated you were looking for a portal or somewhere else to direct your request.  From our discussion it sounds as if you have already reached out to the additional support contacts in those memo's concerning your request.

In addition, as I mentioned on our call, Leslie Violette is who I spoke with earlier, she is Director on the Policy and Accountability Division and said she would be happy to discuss with you.  Leslie also mentioned Melinda Richard in FPAC.

Chad Wentz
Supervisory Natural Resource Specialist
Easement Programs Division | Internal Controls & Quality Assurance Team



**USDA**
U.S. DEPARTMENT OF AGRICULTURE
Natural Resources Conservation Service
4405 Bland Rd, Raleigh, NC, 27609
Suite 102
c: (804) 356-2564

**From:** Dietrich, Lanette - FPAC-NRCS, IA <lanette.dietrich@usda.gov>
**Sent:** Tuesday, April 7, 2026 11:09 AM
**To:** Wentz, Chad - FPAC-NRCS, NC <chad.wentz@usda.gov>
**Cc:** Faulkner, Jerome - FPAC-NRCS, MD <jerome.faulkner@usda.gov>; Ireland, Kelly - FPAC-NRCS, MD <kelly.ireland@usda.gov>
**Subject:** RE: Happy Easter! message

Thank you for your response. I appreciate you setting up a meeting.  In preparation:

My request is not about restricting anyone's personal religious expression. I am only asking not to receive religious or faith-based messages through official government communication channels.

Since the distribution list is used for both official and non-official content, I would like to understand what options exist to ensure I continue receiving all work-related communications while opting out of religious messaging.

During our meeting, I would also appreciate guidance on the appropriate HR, Civil Rights, or IT contacts who can assist with this request.

Thank you

April 16 follow-up to Violette/Richards and April 17 meeting summary

Lanette Dietrich



Office: 5153232236 | e: lanette.dietrich@usda.gov

---

**From:** Wentz, Chad - FPAC-NRCS, NC <chad.wentz@usda.gov>
**Sent:** Tuesday, April 7, 2026 9:34 AM
**To:** Dietrich, Lanette - FPAC-NRCS, IA <lanette.dietrich@usda.gov>
**Cc:** Faulkner, Jerome - FPAC-NRCS, MD <jerome.faulkner@usda.gov>; Ireland, Kelly - FPAC-NRCS, MD <kelly.ireland@usda.gov>
**Subject:** RE: Happy Easter! message

Good morning Lanette –

I want to acknowledge your email communication and your request that you be removed from any distribution email lists used for religious or faith-based messages.  I understand you would like communication preferences to not received religious messages in your official capacity but still wish to continue to receive all work-related communications from distribution lists.

Unfortunately, I think you understand that the distribution email that you cite, as I understand, does not have a preference setting to be able to check which communications you receive from it, your email is either part of that distribution email list or not.

However, I certainly acknowledge and respect your request, and will set up a team's meeting to further discuss your request and can provide some additional HR contacts who can be available to also discuss your request and concerns and possible appropriate actions.  In your email you mention a portal or somewhere else to direct your request, within each of those documents you cite, there are employee resources, support and contact information for federal workplace policy governing religious expression.  As well, I attached the And Justice for All poster which provides you the information if you wish to file a discrimination complaint.

I'll send a meeting invite following this email for later today so we can further discuss your request.

Thanks, Chad

Chad Wentz
Supervisory Natural Resource Specialist
Easement Programs Division | Internal Controls & Quality Assurance Team

USDA U.S. DEPARTMENT OF AGRICULTURE
Natural Resources Conservation Service
4405 Bland Rd, Raleigh, NC, 27609
Suite 102
c: (804) 356-2564

**From:** Dietrich, Lanette - FPAC-NRCS, IA <lanette.dietrich@usda.gov>
**Sent:** Monday, April 6, 2026 8:22 AM
**To:** Wentz, Chad - FPAC-NRCS, NC <chad.wentz@usda.gov>
**Cc:** Faulkner, Jerome - FPAC-NRCS, MD <jerome.faulkner@usda.gov>; Ireland, Kelly - FPAC-NRCS, MD <kelly.ireland@usda.gov>
**Subject:** FW: Happy Easter!

Hello Chad,

I'm writing to request that I be removed from any distribution lists used for religious or faith-based messages. I would like to continue receiving all work-related communications.

This request is based on federal workplace policy governing religious expression:

- USDA Secretary's Memorandum 1078-019 affirms that while employees may engage in personal religious expression, USDA must ensure that the workplace remains inclusive and respectful for employees of all faiths and of no faith.
- The U.S. Office of Personnel Management's (OPM) 2025 Guidance on Religious Expression in the Federal Workplace states that employees must not feel pressured to participate in religious expression and may decline such content without adverse consequences.
- EEOC enforcement guidance under Title VII of the Civil Rights Act prohibits religious coercion and protects employees from being subjected to unwanted religious messaging in a way that affects their work environment.

In line with these protections, I prefer not to receive religious messages in my official capacity. Please update my communication preferences accordingly.

Thank you for understanding and please let me know if there is somewhere else that I need to direct this request or if I can make the request into a portal somewhere.

Lanette Dietrich



Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE
Office: 5153232236 | e: lanette.dietrich@usda.gov

---

**From:** The Office of the Secretary - OSEC <Officeof.theSecretary@usda.gov>
**Sent:** Sunday, April 5, 2026 9:16 AM
**Subject:** Happy Easter!

**For All USDA Employees**



Team USDA,

Happy Easter – He is Risen indeed!

Today we celebrate the greatest story ever told, the foundation of our faith, and the abiding hope of all mankind.

From the foot of the Cross on Good Friday to the stone rolled away from the now empty tomb, sin has been destroyed. Jesus has been raised from the dead. And God has granted each of us victory and new life. And where there is life — risen life—there is hope.

No matter the very real trials and hardships we face, fear and sin and death do not get the last word. Because on Easter morning, "Hell took a body, and discovered God. It took earth, and encountered Heaven. It took what it saw, and was overcome by what it did not see." Now that is reason to rejoice!

And so like the very first disciples to encounter our risen Lord in the Upper Room almost two thousand years ago, this Easter let us too be alive with hope, full of Paschal joy, and confident in the mission each of us has been called for.

Please know how amazed and grateful I am for the hard work each of you do to support our shared mission here at USDA. I hope you and your loved ones have a truly blessed and happy Easter. May God continue to bless you, your families, and our exceptional country, One Nation, Under God.

Sincerely,

Brooke L. Rollins
U.S. Secretary of Agriculture

April 16 follow-up to Violette/Richards and April 17 meeting summary

