IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Case No. 3:26-cv-04406-LB<br><br>**DECLARATION OF YVETTE PIACSEK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

DECL. OF YVETTE PIACSEK ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Yvette Piacsek, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I serve as general counsel for the National Federation of Federal Employees ("NFFE").

2.      I am personally familiar with NFFE's operations and membership and provide this information on the basis of that knowledge.

3.      NFFE is a national labor union that represents approximately 110,000 workers across the United States. NFFE represents more than 19,000 employees in the U.S. Department of Agriculture ("USDA") within the U.S. Forest Service, Animal and Plant Health Inspection Service, and Office of the Chief Information Officer.

4.      NFFE's mission is to advance the social and economic welfare and education of federal workers, including by fighting to protect the constitutional rights of its members.

5.      NFFE's members have diverse religious beliefs and practices.

6.      NFFE's members who are USDA employees receive regular e-mails from the Office of the Secretary that typically contain important information about USDA policies or changes.

7.      From the same e-mail address used by the Office of the Secretary, the Secretary sends religious messages promoting Christianity to USDA employees, including NFFE's members.

8.      NFFE members feel compelled to open and read communications from the Secretary.

9.      The Secretary has sent messages promoting Christianity on Memorial Day, Independence Day, and Thanksgiving. The emails with the most religious content, however, have been on Christian holidays: Christmas and Easter. NFFE members received those messages.

10.     NFFE's members are troubled by the Secretary's religious messages, which have pressured them to act as if they accept the Secretary's specific brand of Christian beliefs, deterred them from sharing their own religious beliefs that do not align with the Secretary's, and made them feel like they no longer belong at USDA.

11.     One NFFE member, for example, an employee of the U.S. Forest Service, has expressed that the religious messages have left her feeling unsafe in the workplace as someone who is not religious.

12.     For this member, receiving proselytizing messages from the head of her agency telegraphs from the top down that spreading a particular brand of Christianity in the workplace is

DECL. OF YVETTE PIACSEK ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

permissible.

13.    This member experienced religious trauma as a young person raised in a Christian environment, and she subsequently worked in the private sector for employers who infused their workplaces with religion and promoted Christian beliefs that she does not share.

14.    When she accepted a position with a government agency, she expected that her employer—the federal government—would not engage in religious proselytization and would not promote one religion over others. That expectation was one reason that she took a job in public service.

15.    This member does not feel safe to share her religious identity at work, to express her own views in her workplace, or to express opposition to the Secretary's proselytizing messages. Were she to do so, she fears being subject to disfavor or being retaliated against by colleagues and supervisors.

16.    The Secretary's email has forced her to hide her own beliefs and act as if she shares the Secretary's faith.

17.    Another NFFE member, an employee with the U.S. Forest Service, is Pagan and does not share the Secretary's faith or the beliefs expressed in the Easter Sermon.

18.    Although she previously chose not to discuss her religious views at work, receiving the Easter email has made clear that sharing any view other than the specific Christian messaging conveyed by the Secretary would leave her ostracized in the workplace.

19.    She understands Secretary Rollins' emails to convey the official Christian beliefs of the entire agency. That was underscored for her by Secretary Rollins' use of language like "we celebrate the greatest story ever told"; "God has granted each of us victory and new life"; "this Easter let us too be alive with hope, full of Paschal joy, and confident in the mission each of us has been called for."

20.    Receiving the Secretary's proselytizing communications conveyed to this member that she is expected to accept Christian proselytizing in the workplace.

21.    Another member, an employee of the U.S. Forest Service, is not religious

- 2 -
DECL. OF YVETTE PIACSEK ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

but her family background is Muslim.

22.    This member has explained that the Secretary's email has sent her the message that her own employer, a government agency, does not care about people with religious beliefs that differ from the Secretary's own. The Secretary's proselytizing message has communicated to her that, as a nonreligious person, she does not belong, and that people who worship like her family members are not welcome—something she had never before felt at the U.S. Forest Service or USDA.

23.    NFFE members are concerned that the Secretary's proselytizing emails to USDA employees will continue, exacerbating the harms that they have already experienced.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2026.

_____
Yvette Piacsek

- 3 -