BRYAN SCHWARTZ LAW, P.C.
Bryan Schwartz (SBN 209903)
Sam Goity (SBN 359678)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel. (510) 444-9300
Fax (510) 444-9301
Email: bryan@bryanschwartzlaw.com
           sam@bryanschwartzlaw.com

DEMOCRACY FORWARD FOUNDATION
Sarah Goetz*
Ayesha Khan*
Elena Goldstein*
P.O. Box 34553
Washington, D.C. 20043
Tel. (202) 448-9090
sgoetz@democracyforward.org
akhan@democracyforward.org
egoldstein@democracyforward.org

AMERICANS UNITED FOR SEPARATION
OF CHURCH & STATE
Amy Tai*
Rebecca S. Markert*
Jenny Samuels*
Elias Daiute*
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel. (202) 466-3234
markert@au.org
tai@au.org
samuels@au.org
daiute@au.org

* Appearing *pro hac vice*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, and <br><br> BROOKE L. ROLLINS, Secretary of Agriculture, in her official capacity, <br><br> Defendants. | Case No. 3:26-cv-04406-LB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND STAY UNDER 5 U.S.C. § 705** |

On July 22, 2026, Plaintiffs National Federation of Federal Employees, Lanette Dietrich, Thomas Magee, Ashley Miller, Anne Poopatanapong, Ethan Roberts, and Jennifer Wolfe (collectively, "Plaintiffs") filed a Motion for Preliminary Injunction ("Motion") to enjoin Defendants United States Department of Agriculture ("USDA") and Brooke L. Rollins, in her official capacity as the Secretary of Agriculture (collectively, "Defendants") from communicating proselytizing religious messages to USDA employees during the pendency of this litigation. A hearing on the motion was held on Thursday, August 27, 2026 at 9:30 a.m.

The Court, having considered the briefs and arguments of counsel, the evidence filed in support of and opposition to the Motion, finds that Plaintiffs have demonstrated that: (1) they are likely to succeed on the merits of their Establishment Clause and Administrative Procedure Act (APA) claims; (2) they are likely to suffer irreparable harm without a preliminary injunction and/or a stay under 5 U.S.C. § 705 of the APA; and (3) the balance of equities tip in their favor; and (4) a preliminary injunction and/or a stay under 5 U.S.C. § 705 of the APA is in the public interest. Accordingly, Plaintiffs are entitled to: (a) a preliminary injunction to stop Defendants from sending or otherwise communicating messages that proselytize, promote, or favor any particular religion to USDA employees; and (b) a section 705 stay under the APA to preliminary set aside Defendants' policy of issuing messages that proselytize, promote, or favor any particular religion to USDA employees pending resolution of this case on the merits, and the Court GRANTS Plaintiff's Motion.

IT IS HEREBY ORDERED that: Defendants USDA and Brooke L. Rollins, in her official capacity as the Secretary of Agriculture, and their officers, agents, attorneys, and any other persons who are in active concert or participation with them: (a) are enjoined from communicating messages that proselytize, promote, or favor any particular religion to USDA employees pending resolution of this case on the merits or until further order of this Court; and (b) must set aside Defendants' policy

of issuing messages that proselytize, promote, or favor any particular religion to USDA employees pending resolution of this case on the merits.

IT IS SO ORDERED.

Date: _____

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge