BRYAN SCHWARTZ LAW, P.C.
Bryan Schwartz (SBN 209903)
Sam Goity (SBN 359678)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel. (510) 444-9300
Fax (510) 444-9301
bryan@bryanschwartzlaw.com
sam@bryanschwartzlaw.com

DEMOCRACY FORWARD FOUNDATION
Sarah Goetz*
Ayesha Khan*
Elena Goldstein*
P.O. Box 34553
Washington, D.C. 20043
Tel. (202) 448-9090
sgoetz@democracyforward.org
akhan@democracyforward.org
egoldstein@democracyforward.org

AMERICANS UNITED FOR SEPARATION
OF CHURCH & STATE
Rebecca S. Markert*
Amy Tai*
Jenny Samuels*
Elias Daiute*
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel. (202) 466-3234
markert@au.org
tai@au.org
samuels@au.org
daiute@au.org

* Appearing *pro hac vice*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, and <br><br> BROOKE L. ROLLINS, Secretary of Agriculture, in her official capacity, <br><br> Defendants. | Case No. 3:26-cv-04406-LB <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER FOR COMBINED BRIEFING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS** <br><br> Action Filed: May 13, 2026 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs National Federation of Federal Employees, Lanette Dietrich, Thomas MaGee, Ashley Miller, Anne Poopatanapong, Ethan Roberts, and Jennifer Wolfe, and Defendants United States Department of Agriculture ("USDA") and Brooke L. Rollins, in her official capacity as the Secretary of Agriculture (collectively, the "Parties"), submit this Joint Stipulation and Proposed Scheduling Order and stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on May 13, 2026, Dkt. No. 1, and a Motion for Preliminary Injunction on July 22, 2026, Dkt. No. 26;

WHEREAS, the Complaint challenges emails from Secretary Rollins to the USDA workforce under the Establishment Clause and Administrative Procedure Act;

WHEREAS, Plaintiffs have properly served the Summons and Complaint on Defendants pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, and Defendants do not contest service;

WHEREAS, under Civil Local Rule 7-3, Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction is due August 5, 2026, and Plaintiffs' reply is due August 12, 2026;

WHEREAS, Defendants' Answer or Rule 12 motion is due July 27, 2026;

WHEREAS, the Parties agree that combining briefing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss is more efficient for the parties and this Court;

WHEREAS, the Parties request additional pages for the combined briefs, as set forth below;

WHEREAS, Plaintiffs and Defendants believe it is prudent to set a schedule for further briefing concerning this case, and to tentatively set a hearing date for the Motion for Preliminary Injunction;

AND WHEREAS, Plaintiffs and Defendants have conferred and jointly agree, subject to the Court's preferences, to a proposed briefing schedule and proposed page allocation;

The Parties respectfully request the Court enter an order that:

1.  The following schedule shall govern the briefing of any motion to dismiss and of Plaintiffs' Motion for Preliminary Injunction:

a. Defendants shall file a combined Motion to Dismiss and opposition to Plaintiffs' Motion for Preliminary Injunction by August 21, 2026, with a total page limit of 40 pages, excluding exhibits;

b. Plaintiffs shall file a combined opposition to Defendants' Motion to Dismiss and reply in support of their Motion for Preliminary Injunction by September 21, 2026, with a total page limit of 40 pages, excluding exhibits; and

c. Defendants shall file a reply in support of their Motion to Dismiss by October 5, 2026, with the standard page limits under Local Civil Rule 7-3.

2. This court shall hear the parties' motions on October 29, 2026, or at the Court's convenience.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 24, 2026      **AMERICAN UNITED FOR SEPARATION OF CHURCH & STATE**

By:*/s/ Rebecca Markert*
    Rebecca Markert
    Amy Tai
    Jenny Samuels
    Elias Daiute

DATED: July 24, 2026      **BRYAN SCHWARTZ LAW, P.C.**

By: */s/ Bryan Schwartz*
    Bryan Schwartz
    Sam Goity

DATED: July 24, 2026      **DEMOCRACY FORWARD FOUNDATION**

By: */s/ Sarah Goetz*
    Sarah Goetz
    Ayesha Khan
    Elena Goldstein

*Attorneys for Plaintiffs*

JOINT STIPULATION FOR COMBINED BRIEFING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:26-CV-04406-LB

DATED: July 24, 2026

**UNITED STATES DEPARTMENT OF JUSTICE**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

NOAH T. KATZEN
Assistant Branch Director
Federal Programs Branch

*/s/ Elisabeth J. Neylan*

Elisabeth J. Neylan
Trial Attorney (N.Y. Bar Reg. No. 6125736)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-3519; Fax: (202) 616-8460
E-mail: Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____July 27, 2026_____

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge

JOINT STIPULATION FOR COMBINED BRIEFING OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION AND DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:26-CV-04406-LB

BRYAN SCHWARTZ LAW, P.C.
Bryan Schwartz (SBN 209903)
Sam Goity (SBN 359678)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel. (510) 444-9300
Fax (510) 444-9301
bryan@bryanschwartzlaw.com
sam@bryanschwartzlaw.com

DEMOCRACY FORWARD FOUNDATION
Sarah Goetz*
Ayesha Khan*
Elena Goldstein*
P.O. Box 34553
Washington, D.C. 20043
Tel. (202) 448-9090
sgoetz@democracyforward.org
akhan@democracyforward.org
egoldstein@democracyforward.org

AMERICANS UNITED FOR SEPARATION
OF CHURCH & STATE
Rebecca S. Markert*
Amy Tai*
Jenny Samuels*
Elias Daiute*
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel. (202) 466-3234
markert@au.org
tai@au.org
samuels@au.org
daiute@au.org

* Appearing *pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and<br><br>BROOKE L. ROLLINS, Secretary of Agriculture, in her official capacity,<br><br>    Defendants. | Case No. 3:26-cv-04406-LB<br><br>**DECLARATION OF SARAH GOETZ IN SUPPORT OF JOINT STIPULATION FOR COMBINED BRIEFING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**<br><br>Action Filed: May 13, 2026 |

I, Sarah Goetz, declare and state:

1.      I am an attorney of record for Plaintiffs in this action. I make this declaration in support of the Joint Stipulation for Combined Briefing of Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss. I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2.      Plaintiffs filed a Complaint on May 13, 2026, Dkt. No. 1, and a Motion for Preliminary Injunction on July 22, 2026, Dkt. No. 26.

3.      The Complaint challenges emails from Secretary Rollins to the USDA workforce under the Establishment Clause and Administrative Procedure Act.

4.      Plaintiffs have properly served the Summons and Complaint on Defendants pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, and Defendants do not contest service.

5.      Under Civil Local Rule 7-3, Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction is due August 5, 2026, and Plaintiffs' reply is due August 12, 2026.

6.      Defendants' Answer or Rule 12 motion is due July 27, 2026.

7.      The Parties agree that combining briefing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss is more efficient for the parties and this Court.

8.      The Parties request additional pages for the combined briefs, as set forth in Paragraph 1 of the Joint Stipulation.

9.      Plaintiffs and Defendants believe it is prudent to set a schedule for further briefing concerning this case, and to tentatively set a hearing date for the Motion for Preliminary Injunction.

10.      Plaintiffs and Defendants have conferred and have agreed upon a proposed briefing schedule for combined briefing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss, and a tentative date for a hearing on Plaintiffs' Motion for Preliminary Injunction.

This proposed briefing schedule and hearing date are set forth in Paragraphs 1 and 2 of the Joint Stipulation.

11.     There have been no other time modifications in the case. The effect of the requested time modifications would have no effect on the schedule for the case other than as stated herein.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Respectfully submitted,

DATED: July 24, 2026

*/s/ Sarah Goetz*
Sarah Goetz

DECLARATION IN SUPPORT OF JOINT STIPULATION FOR COMBINED BRIEFING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:26-CV-04406-LB