BRETT A. SHUMATE
Assistant Attorney General
Civil Division
NOAH T. KATZEN
Assistant Branch Director
Federal Programs Branch
ELISABETH J. NEYLAN
Trial Attorney
Civil Division, Federal Programs Branch
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

NATIONAL FEDERATION OF FEDERAL EMPLOYEES, ADAM DIAMOND, LANETTE DIETRICH, THOMAS MAGEE, ASHLEY MILLER, ANNE POOPATANAPONG, ETHAN ROBERTS, and JENNIFER WOLFE,

*Plaintiffs*,
v.

UNITED STATES DEPARTMENT OF AGRICULTURE, and

BROOKE L. ROLLINS, Secretary of Agriculture, in her official capacity,

*Defendants*.

No. 3:26-cv-04406

**[PROPOSED] ORDER GRANTING DEFENDANTS' CROSS-MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Date: October 27, 2026
Time: 2:00 p.m.
Location: San Francisco, Courtroom 9, 19th Floor

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

On October 27, 2026 at 2:00 p.m., this Court held a hearing on Plaintiffs' Motion for a Preliminary Injunction and/or a Stay Under 5 U.S.C. § 705 and Defendants' Cross-Motion to Dismiss the Complaint, in Courtroom 9, 19th Floor, United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Trina L. Thompson, United States District Judge. Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause shown, IT IS HEREBY ORDERED THAT Plaintiffs' Motion for a

Preliminary Injunction and/or a Stay Under 5 U.S.C. § 705 is DENIED and Defendants' Cross-Motion to Dismiss the Complaint is GRANTED.

IT IS SO ORDERED.

Dated:

HON. TRINA L. THOMPSON
United States District Judge