United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 26-cv-04406-TLT

**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION STAY OF DISCOVERY PENDING RESOLUTION OF THE MOTION TO DISMISS**

Re: ECF 45

On October 8, 2026, Defendants moved for administrative relief to stay discovery pending resolution of the motion to dismiss (ECF 38). *See* ECF 45. On October 13, 2026, Plaintiffs responded to Defendants' motion and filed a cross-motion to order production of the administrative record pursuant to Civil Local Rule 16-5. See ECF 46.

On October 2, 2026, the deadline for Initial Disclosures was set for October 15, 2026. The Close of Fact Discovery is December 22, 2026. ECF 43.

Upon consideration of the pleadings, papers, and arguments of counsel, IT IS HEREBY ORDERED THAT Defendants' motion to stay discovery pending the resolution of the motion to dismiss is **DENIED** and Plaintiffs' motion to order production of the administrative record is **GRANTED**.

This order resolves ECF 45.

IT IS SO ORDERED.

Dated: October 20, 2026

TRINA L. THOMPSON
United States District Judge