# EXHIBIT B

**From:** The Office of the Secretary - OSEC
**Subject:** Thank you - Admin Leave
**Date:** Thursday, March 28, 2024 11:18:14 AM
**Attachments:** image001.png
image002.png

---

THE OFFICE *of the* SECRETARY

Dear USDA Colleagues,

Recognizing that this season hosts many occasions that bring families and communities together, and in gratitude for your service within our Department and to our country, we are offering all USDA personnel eight hours of administrative leave, to be used by May 4.

This time off is well-deserved, whether you use it for a moment of respite or to spend time with friends and loved ones. As USDA employees, we address many of the most critical and complex challenges facing our country, and our work is integral to the United States' health, national security, and economic stability. And at the same time, we all have many personal obligations that require time away from work.

Thank you for everything you do in the service of our country. No one serves alone, and so we also thank your friends, families, and other supporters for their service and the sacrifices they make.

Sincerely,

Tom Vilsack, Secretary of Agriculture
Xochitl Torres Small, Deputy Secretary of Agriculture

**Guidelines for using 8-hour Administrative Leave**

- Employees should code their timesheet using "66 – Admin/Excused Absence" (WebTA) or "TC-66 Other Leave" (Paycheck 8).
- Employees must work directly with their supervisor to identify hours within this pay period through May 4 (March 28 – May 4) to use the eight-hour administrative leave authorization. The eight hours do not need to be used on the same day and may be combined with other leave, but the total amount must be used by May 4, 2024.
- Leave may only be charged during an employee's scheduled tour of duty. Employees in a continuous period of non-pay status may not be placed in a pay status solely to receive eight-hours administrative leave.
- If you are a bargaining unit employee and have questions regarding the

content of this message and its potential impact on a current labor agreement, please refer them to your local union representative.

---

USDA

USDA is an equal opportunity provider, employer, and lender.

See this and other leadership announcements on
OneUSDA