BRYAN SCHWARTZ LAW, P.C.
Bryan Schwartz (SBN 209903)
Sam Goity (SBN 359678)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel. (510) 444-9300
Fax (510) 444-9301
Email: bryan@bryanschwartzlaw.com
sam@bryanschwartzlaw.com

DEMOCRACY FORWARD FOUNDATION
Sarah Goetz*
Ayesha Khan*
Elena Goldstein*
P.O. Box 34553
Washington, D.C. 20043
Tel. (202) 448-9090
sgoetz@democracyforward.org
akhan@democracyforward.org
egoldstein@democracyforward.org

AMERICANS UNITED FOR SEPARATION OF CHURCH & STATE
Amy Tai*
Jenny Samuels*
Elias Daiute*
Rebecca S. Markert*
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel. (202) 466-3234
tai@au.org
samuels@au.org
daiute@au.org
markert@au.org

* Appearing *pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, and

BROOKE L. ROLLINS, Secretary of Agriculture, in her official capacity,

Defendants.

Case No. 3:26-cv-04406-TLT

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF SEEKING CLARIFICATION**

Pursuant to Civil Local Rule 7-11(c), a Motion for Administrative Relief is deemed submitted without hearing.

On October 20, 2026, a week prior to the hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss, this Court granted Plaintiffs' motion to order production of the administrative record.[1] Dkt. No. 48. To date, Defendants have not produced the administrative record.

Defendants now seek to clarify whether they are still obligated to comply with the Court's Order in light of this Court "tentatively rul[ing] that Plaintiffs' APA claims fail." Dkt. No. 52. A tentative ruling, however, is merely tentative. *See SA Music LLC v. Apple, Inc.*, No. 3:20-CV-02146-WHO, 2022 WL 1814148, at *6 (N.D. Cal. June 2, 2022) ("Tentative rulings are, of course, tentative. They are given to focus the parties on particular issues. They are not generally the result of a completed deliberative process . . ."). Thus, the tentative ruling did not relieve Defendants' obligation to produce the administrative record. Plaintiffs respectfully request that this Court deny Defendants' motion insofar as Defendants seek relief from that obligation and order Defendants to produce the administrative record within five calendar days of this Court's Order.

Dated: November 9, 2026

Respectfully submitted,

*<u>/s/ Amy Tai</u>*
Amy Tai*
Jenny Samuels*
Elias Daiute*
Rebecca S. Markert*^
AMERICANS UNITED FOR SEPARATION OF CHURCH & STATE
1310 L Street NW, Suite 200
Washington, D.C. 20005
Tel. (202) 466-3234
tai@au.org
samuels@au.org
daiute@au.org
markert@au.org

[1] Pursuant to Civil Local Rule 16-5, the administrative record was due September 1, 2026.

Sarah Goetz*
Ayesha Khan*
Elena Goldstein*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel. (202) 448-9090
sgoetz@democracyforward.org
akhan@democracyforward.org
egoldstein@democracyforward.org

Bryan Schwartz (SBN 209903)
Sam Goity (SBN 359678)
BRYAN SCHWARTZ LAW, P.C.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel. (510) 444-9300
Fax (510) 444-9301
bryan@bryanschwartzlaw.com
sam@bryanschwartzlaw.com

*Attorneys for Plaintiffs*

* Appearing *pro hac vice*.
^ Admitted to practice in Wisconsin; not a member of the D.C. bar.