United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL FEDERATION OF FEDERAL EMPLOYEES, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 26-cv-04406-TLT

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

Re: Dkt. No. 60

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred to a United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: November 25, 2026

TRINA L. THOMPSON
United States District Judge